1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Tuyet T. Nguyen Lu, Bar No. 256431
tuyet.nguyen@morganlewis.com
300 South Grand, 22nd Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.415.612.2500

Attorneys for Defendant
Tesla, Inc. d.b.a. Tesla Motors, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASHLEY PERKINS,

                  Plaintiff,

                  vs.

TESLA, INC. d.b.a. TESLA MOTORS, INC.,
a Corporation; JOHN DOE 1; JOHN DOE 2;
and DOES 3 through 20, inclusive,

                  Defendant.

Case No. 3:23-cv-02084 -WHO

**JOINT STIPULATION TO REMAND
ACTION TO STATE COURT;
ORDER**

Date of Filing:     March 23, 2023
Trial Date: N/A

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO REMAND
Case No. 3:23-cv-02084-WHO

Plaintiff Ashley Perkins ("Plaintiff") and Defendant Tesla, Inc. d.b.a. Tesla Motors Inc. ("Tesla"), through their attorneys of record, hereby jointly stipulate to remand the action back to the Superior Court of California for the County of Alameda, as follows:

WHEREAS, on March 27, 2023, Plaintiff filed a complaint against Tesla, two unidentified individuals, JOHN DOE 1 and JOHN DOE 2, and Does 3 through 20 in the Superior Court of California for the County of Alameda, Case No. 23CV030018 (the "Action"), which alleges the following claims: (1) Sexual Harassment in Violation of FEHA; (2) Sex Discrimination in Violation of FEHA; (3) Failure to Accommodate Pregnancy-Related Condition in Violation of FEHA; (4) Retaliation in Violation of FEHA; (5) Failure to Prevent and/or Remedy Sexual Harassment, Discrimination, and Failure to Accommodate in Violation of FEHA; (6) Failure to Provide Lactation Accommodation in Violation of Labor Code Sections 1030-1031; (7) Wrongful Constructive Termination in Violation of Public Policy; and (8) Violation of Unfair Competition Law;

WHEREAS, Tesla filed an Answer to the Complaint on April 27, 2023;

WHEREAS, on April 28, 2023, Tesla removed the Action to this Court on the basis of diversity jurisdiction under 28 U.S.C. § 1331;

WHEREAS, on May 26, 2023, Plaintiff filed a motion to remand the Action to Alameda County Superior Court, where it was originally filed;

WHEREAS, Plaintiff and Tesla have met and conferred, and have agreed to remand this Action back to Alameda County Superior Court, whereupon Plaintiff will dismiss defendants JOHN DOE 1 and JOHN DOE 2 with prejudice, and have further agreed that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the subsequent remand.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.      The Action, with the Court's approval, shall be remanded to the Superior Court of California for the County of Alameda;

2.      Plaintiff agrees to dismiss defendants JOHN DOE 1 and JOHN DOE 2 with

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION TO REMAND
Case No. 3:23-cv-02084-WHO

prejudice within 14 calendar days after the remand of this Action;

     3.    Neither party will comment or present evidence in this Action upon the fact that JOHN DOE 1 and JOHN DOE 2 (whether identified as such or by their actual names) were previously named parties and were dismissed from the case, or upon the absence of them as individual defendants.

     4.    Each party shall bear its own attorneys' fees and costs incurred (through the date of the dismissal of JOHN DOE 1 and JOHN DOE 2) in connection with the removal of this Action to federal court, the remand, and the naming of JOHN DOE 1 and JOHN DOE 2 as defendants in the Action; and

     5.    All matters currently scheduled in this federal action are taken off calendar.

Dated: June 16, 2023          GENIE HARRISON LAW FIRM, APC

By _____
Genie Harrison
Mia Munro
Attorneys for Plaintiff
Ashley Perkins

Dated: June 16, 2023          BRENT & FIOL, LLP

By /s/ Kipp Mueller
Kipp Mueller
Attorneys for Plaintiff
Ashley Perkins

1

Dated: June 16 , 2023                          MORGAN, LEWIS & BOCKIUS LLP

2

3                                              By _____

4                                                 Brian D. Berry
                                                  Roshni C. Kapoor
5                                                 Tuyet T. Nguyen Lu
                                                  Attorneys for Defendant
6                                                 Tesla, Inc. d.b.a. Tesla Motors, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION TO REMAND
Case No. 3:23-cv-02084-WHO

# **ORDER**

The Court, having reviewed the above stipulation, and good cause appearing, hereby Orders the following:

1.      The Parties' Stipulation is approved;

2.      This Action, Northern District of California, Case Number 3:23-cv-02084 -WHO, is hereby remanded to Superior Court of California, County of Alameda;

3.      All matters currently scheduled in this federal action are taken off calendar;

IT IS SO ORDERED.

Dated:   ___June 20___, 2023

HON. WILLIAM H. ORRICK
U.S. District Court Judge

DB2/ 45958364.2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION TO REMAND
Case No. 3:23-cv-02084-WHO